IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE SUBPOENA TO WHATSAPP, INC. | ) | **UNDER SEAL** |
| | ) | No. 3:19MJ833(RMS) |
| | ) | |
| | ) | November 13, 2019 |

## MOTION TO UNSEAL

The United States of America, by Jocelyn Courtney Kaoutzanis, Assistant United States Attorney, moves the Court for an order unsealing the application, order and related subpoena, all dated May 20, 2019. The United States files this motion because the information contained in these papers can now be disclosed. The case has progressed and much of the investigation has been made public.

WHEREFORE, the United States respectfully requests, that the aforementioned documents all be unsealed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel: (203) 821-3756
Federal Bar No. CT30426

The foregoing motion is hereby GRANTED/DENIED. Government counsel has explained why sealing is no longer necessary and why the papers can be unsealed

SO ORDERED.

_____     _____
ROBERT M. SPECTOR                                           DATE
UNITED STATES MAGISTRATE JUDGE